UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHERINE MOUSSOURIS; et al., Plaintiffs - Appellants, v. MICROSOFT CORPORATION, Defendant - Appellee. | No. 18-35791 D.C. No. 2:15-cv-01483-JLR U.S. District Court for Western Washington, Seattle **MANDATE** |

The judgment of this Court, entered December 24, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7